No. 89–1647.  CARNIVAL CRUISE LINES, INC. *v.* SHUTE ET VIR.  C. A. 9th Cir.  Motions of International Committee of Pas-

senger Lines and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted. Certiorari granted.